CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Agustin Zamora**<br>DOB: 1978; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-03171MJ |

Complaint for violation of Title 8, United States Code, Sections 1326(a), (b)(1) and Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1**: On or about March 25, 2024, at or near Douglas, in the District of Arizona, **Agustin Zamora**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on March 24, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**Count 2**: On or about March 25, 2024, at or near Douglas, in the District of Arizona, **Agustin Zamora**, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit: one (1) Thunder .380 Bersa, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 25, 2024, in Douglas, Arizona, Arizona Department of Public Safety (AZDPS) detectives were conducting surveillance of a white vehicle leaving 13th Street and Van Buren Avenue in Douglas, Arizona. Detectives had received information that a certain female with an outstanding warrant might be living at a residence in this area. Detectives followed the vehicle toward the port of entry and found the vehicle parked and unoccupied in a no-parking zone in front of a local business. Detectives observed the female and an unknown male in the area walking toward a nearby Border Mart gas station. When the female exited the store, detectives approached and positively identified her as the subject of the warrant and arrested her. The male did not enter the store but had continued walking down the street.

During a field interview of the female, she stated she had a gun in her purse that belonged to the driver of the vehicle whom she referred to as "Vato" and who was later identified as **Agustin Zamora**. She stated that as Vato was driving the car, they knew they were being followed by law enforcement, so Vato pulled the gun from his waistband and gave it to his nephew (who was in the backseat) to hide. The nephew then gave the gun to her to put in her purse. Detectives searched her purse and found a firearm, a Thunder .380 Bersa bearing serial number 555754, which was in a holster.

(BASIS OF COMPLAINT CONTINUED ON REVERSE.)

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*   RAQUEL ARELLANO (Digitally signed by RAQUEL ARELLANO Date: 2024.04.25 19:52:00 -07'00') | SIGNATURE OF COMPLAINANT<br>ANTHONY M ANDERS (Digitally signed by ANTHONY M ANDERS Date: 2024.04.25 21:07:15 -07'00') |
|---|---|
| | OFFICIAL TITLE<br>HSI SA Anthony M. Anders |
| Sworn by telephone **x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 26, 2024 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

Detectives then located the individual they had seen driving the white car walking near 6th Street and H Avenue and made contact with him. This person identified himself to detectives as A. Hernandez and provided an Arizona identification card belonging to an A. Hernandez, however the individual did not match the photo on the I.D. card. Detectives detained the individual for further questioning and used a fingerprint scanner and facial recognition technology to identify him. The returns identified the individual as **Agustin Zamora**, a citizen of Mexico. **Zamora** had two outstanding warrants and was arrested. **Zamora** was in possession of car keys that belonged to the white car he was seen driving. In a post-*Miranda* statement, **Zamora** admitted he was driving the white car, but said it was not his car. He gave detectives consent to search his cell phone which he stated was not his. Detective looked though the phone and found photographs showing **Zamora** wearing the gun and holster retrieved from the female's purse.

On March 29, 2024, Border Patrol Agent Yelverson identified **Zamora** as a deported felon and a citizen of Mexico who is illegally present in the United States. **Zamora** is a citizen of Mexico. Last year, on March 24, 2023, **Zamora** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. **Zamora** does not have proper immigration documents. **Zamora** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. **Zamora** previously admitted to Border Patrol Agents in an encounter on April 18, 2023, to illegally entering the United States of America from Mexico on April 18, 2023, at or near Douglas, Arizona, at a time or place other than as designated by immigration officials.

A Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gave a preliminary finding that the above-mentioned firearm had not been manufactured in the state of Arizona, thereby having affected interstate or foreign commerce.